```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


IN RE:                              )    CASE NO: 06-44833-659
                                    )
GLENN CLEAVON WILLIAMS              )
                                    )    CHAPTER 13
CAROLYN DENISE TUCKER-WILLIAMS      )
                                    )
                    DEBTOR(S)       )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                 WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
GLENN CLEAVON WILLIAMS & CAROLYN DENISE TUCKER-WILLIAMS
4523 EDGEWOOD BLVD                  $          11.07

ST LOUIS MO
444444                 63121


                                    /s/ John V. LaBarge, Jr.
                                    ------------------------------------
DATE: May 31, 2011                  JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
BG -091                             (314) 781-8100   trust33@ch13stl.com
```